UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON BIRL, <br><br>　　　Petitioner, <br><br>　　　v. <br><br>CALIFORNIA BOARD OF PAROLE HEARINGS, <br><br>　　　Respondent. | 1:06-CV-1676 OWW LJO HC <br><br> ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL (DOCUMENT #3) |

　　　Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court finds Petitioner's request is moot, since the Federal Defender has already appeared on his behalf. The petition was signed by the Federal Defender as Petitioner's attorney of record, and the pleadings filed bear the following caption: "DANIEL J. BRODERICK, Federal Defender, On Behalf of Petitioner RAMON BIRL." Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel is DENIED as moot.

IT IS SO ORDERED.

**Dated:　January 8, 2007**　　　　　　　　　**/s/ Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE