1

2

3

4

5

6                            IN THE UNITED STATES DISTRICT COURT

7                          FOR THE EASTERN DISTRICT OF CALIFORNIA

8
    RAMON BIRL,                              1:06-CV-1676 OWW LJO HC
9
                   Petitioner,
10       vs.                                 ORDER DENYING MOTION TO
                                             PROCEED IN FORMA PAUPERIS
11  CALIFORNIA BOARD OF
    PAROLE HEARINGS,
12                                           (DOCUMENT #2)
                   Respondent.
13  _____/

14          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

15  pursuant to 28 U.S.C. § 2254.

16          On November 20, 2006, Petitioner filed an Application to Proceed In Forma Pauperis and a

17  certified copy of his prison trust account statement.   Examination of these documents reveals that

18  Petitioner is able to afford the costs of this action.  Specifically, six months prior to filing, Petitioner

19  has had an average balance of at least $580.00 in his account.  His current balance is $439.52.

20          Accordingly, the motion to proceed in forma pauperis is DENIED.  See 28 U.S.C. § 1915.

21  Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of

22  service of this order.  Failure to follow this order may result in a recommendation that the Petition be

23  dismissed pursuant to Local Rule 11-110.

24  IT IS SO ORDERED.

25  **Dated:    January 10, 2007**            _____/s/ Oliver W. Wanger_____
    emm0d6                                    UNITED STATES DISTRICT JUDGE
26

27

28