UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMON BIRL, | ) | 1:06-CV-01676 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING ORDER ADOPTING |
| | ) | FINDINGS AND RECOMMENDATION |
| | ) | AND DENYING PETITION FOR WRIT OF |
| v. | ) | HABEAS CORPUS |
| | ) | [Doc. #27] |
| | ) | |
| CALIFORNIA BOARD OF PAROLE HEARINGS, | ) | ORDER DIRECTING CLERK OF COURT TO VACATE JUDGMENT |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He is represented in this action by the Federal Defender.

On August 5, 2008, the undersigned issued an order denying the petition. It has come to the Court's attention that the Order contains typographical errors. The Order will be vacated, corrected and reinstated.

Accordingly, IT IS HEREBY ORDERED:

1) The Order of August 5, 2008, adopting the Findings and Recommendation and denying the petition is VACATED; and

2) The Clerk of Court is DIRECTED to vacate judgment.

IT IS SO ORDERED.

Dated:   **August 8, 2008**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE